IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BIAGIO RAVO and ENRICO NICOLO, | Civil Action No. 2:11-CV-01637-JFC |
| Plaintiffs, | Chief Judge Joy Flowers Conti |
| v. | Pittsburgh Division |
| COVIDIEN, LP, | |
| Defendant. | |

## [PROPOSED] ORDER OF DISMISSAL

AND NOW, this 30th day of June, 2015, upon consideration of the *Joint Stipulation and Motion for Dismissal* filed by Plaintiffs Biagio Ravo and Enrico Nicolo ("Plaintiffs") and Defendant Covidien LP ("Covidien"), it is hereby ORDERED and DECREED:

1. Plaintiffs' claims against Covidien and defenses to Covidien's counterclaims are dismissed with prejudice;

2. Covidien's defenses and counterclaims against Plaintiffs are dismissed with prejudice;

3. Each party shall bear its own costs and attorneys' fees in this action; and

4. The provisions of the protective order entered in this action shall remain in full force pursuant to its terms.

Dated: June 30, 2015     /s/ Joy Flowers Conti
                         Chief Judge Joy Flowers Conti